UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

FRAN E. COOK BOLDEN, M.D.,

                   Plaintiff,

    -against-

DG TRC MANAGEMENT COMPANY, LLC
d/b/a TRICENNA, SKIN SPECIALTY
DERMATOLOGY, DANIEL GROISSER,
M.D., and SHANNON DELAGE,

                   Defendants.
--------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/26/2022    
```

19-CV-3425 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    On May 28, 2019, this case was stayed in its entirety until the earlier of the arbiter (a) issuing its final, non-appealable award, or (b) issuing a final or interim, non-appealable award holding that any of the claims in the Action are not arbitrable.   (ECF No. 24.)

    The parties shall file with the Court a joint status report no later than June 10, 2022.

    SO ORDERED.

Dated:  New York, New York
         May 26, 2022

                                                        */s/ Kimba M. Wood*
                                                 KIMBA M. WOOD
                                      United States District Judge